United States District Court
Southern District of New York
-----------------------------------------------------------X

    Mimose St Clair,

                Appellant

ORDER OF DISMISSAL
FOR
FAILURE TO PROSECUTE
BANKRUPTCY APPEAL

**08 CIV. 0887**

-----------------------------------------------------------X

From:    Kathleen Farrell, Clerk
          United States Bankruptcy Court
          Southern District of New York

To:      J. Michael McMahon, Clerk
          United States District Court
          Southern District of New York

Re:      Failure to Perfect Bankruptcy Appeal
          In re: **Mimose St Clair**    Bankruptcy Case # **07-22894(ASH)**
          Date of Filing of Notice of Appeal  December 14, 2007

The above-referenced case is forwarded to District Court for possible dismissal.  Petitioner has failed to _____
Pay Filing Fee; Submit Civil Cover Sheets and Designation of the Record.
as required by:

        __X__    FRBP 8006
        _____    Local Bankruptcy Rule 32
        _____    FRCP Rule(_____)
        __X__    the requirement to pay a filing fee
        _____    other_____

Dated: January 24, 2008                      Kathleen Farrell, Clerk
        White Plains, New York              U.S. Bankruptcy Court, SDNY

Internal Control #_____                    By:___Mimi Correa_____
                                                                           Deputy Clerk

**ORDER**

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated: January 28, 2008
        White Plains, New York                         Judge, United States District Court

I hearby certify that I have this day forwarded a copy of this Order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document #_____          J. Michael McMahon, Clerk
                                                                   District Court, SDNY

                                                                                 By:_____
                                                                                      Deputy Clerk